In re:                                                      Case No. 16-25465-beh
George L Moran, Jr.                                         Chapter 7
Sabrina L Moran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: cs          Page 1 of 2            Date Rcvd: Aug 06, 2019
                           Form ID: 309A      Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db/jdb      #+George L Moran, Jr.,   Sabrina L Moran,   127 Katie Drive,   Silver Lake, WI 53170-1437
aty         +Alexander E. George,   Kohner, Mann & Kailas, S.C.,   Washington Building, 2nd Floor,
              4650 N. Port Washington Road,   Milwaukee, WI 53212-1077
cr          +JPMorgan Chase Bank, N. A. successor by merger to,   Gray & Associates LLP,
              16345 W. Glendale Drive,   New Berlin, WI 53151-2841
cr          +Mount Prospect Town Home Association (Boxwood),   c/o Kohner, Mann & Kailas, S.C.,
              Washington Building,   4650 N. Pt. Washington Rd.,   Milwaukee, WI 53212-1077
9748277     +Asset Recovery Solutions, LLC,   Attn Bankruptcy Dept,   2200 E Devon Ave Ste 200,
              Des Plaines, IL 60018-4501
9748278     +Aurora Health Care Inc,   Attn Bankruptcy Dept,   PO Box 809418,   Chicago, IL 60680-9418
9876135     +CarMax Business Services LLC,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
9748279     +Carmax,   Attn Bankruptcy Dept,   PO Box 3174,   Milwaukee, WI 53201-3174
9748281     +Cook County Treasurer,   Attn Bankruptcy Dept,   PO Box 805438,   Chicago, IL 60680-4155
9748284     +Mount Prospect Townhome,   Attn Bankruptcy Dept,   PO Box 61955,   Phoenix, AZ 85082-1955
9748286     +State Collection Service Inc,   Attn Bankruptcy Dept,   2509 S Stoughton Rd,
              Madison, WI 53716-3314


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: anthony@kryshaklawoffice.com Aug 07 2019 02:55:56   Anthony J. Kryshak,
              Kryshak Law Office, LLC,   6127 Green Bay Rd. Ste. 101,   Kenosha, WI  53142
aty         +E-mail/Text: BKNOTICES@GRAY-LAW.COM Aug 07 2019 02:58:49   Jay J. Pitner,
              Gray & Associates, LLP,   16345 West Glendale Drive,   New Berlin, WI 53151-2841
tr          +EDI: QJMSCAFFIDI.COM Aug 07 2019 06:18:00   John M. Scaffidi,
              4701 North Port Washington Road,   P.O. Box 11975,   Milwaukee, WI 53211-0975
smg          EDI: WISCDEPREV.COM Aug 07 2019 06:18:00   Wisconsin Department  Of Revenue,
              Special Procedures Unit,   P.O. Box 8901,   Madison, WI  53708-8901
ust         +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Aug 07 2019 02:57:13   Office of the U. S. Trustee,
              517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
cr          +E-mail/Text: BKNOTICES@GRAY-LAW.COM Aug 07 2019 02:58:49   Wells Fargo Bank, N.A.,
              c/o Gray & Associates, LLP,   16345 West Glendale Drive,   New Berlin, WI 53151-2841
9748274      E-mail/Text: bankruptcy@alliance-collections.com Aug 07 2019 02:56:04
              Alliance Collection Agencies Inc,   Attn Bankruptcy Dept,   PO Box 1267,
              Marshfield, WI 54449
9748276      E-mail/Text: ebn@americollect.com Aug 07 2019 02:57:41   Americollect Inc,
              Attn Bankruptcy Dept,   PO Box 1566,   Manitowoc, WI 54221
9748275     +E-mail/Text: bncmail@w-legal.com Aug 07 2019 02:57:46   Altair OH XIII LLC,
              c/o Weinstein and Riley PS,   2001 Western Ave Ste 400,   Seattle, WA 98121-3132
9748280     +E-mail/Text: collections@ccis.edu Aug 07 2019 02:58:37   Columbia College,
              Attn Bankruptcy Dept,   1001 Rogers St,   Columbia, MO 65216-0001
9748282     +E-mail/Text: BKNOTICES@GRAY-LAW.COM Aug 07 2019 02:58:49   Gray & Associates LLP,
              Attn Bankruptcy Dept,   16345 West Glendale Drive,   New Berlin, WI 53151-2841
9748283      EDI: JEFFERSONCAP.COM Aug 07 2019 06:18:00   Jefferson Capital Systems LLC,
              Attn Bankruptcy Dept,   PO Box 7999,   Saint Cloud, MN 56302
9748285     +E-mail/Text: admin@paypps.com Aug 07 2019 02:58:18   Professional Placement Services LLC,
              Attn Bankruptcy Dept,   PO Box 612,   Milwaukee, WI 53201-0612
9748287     +E-mail/Text: DL-CSGBankruptcy@charter.com Aug 07 2019 02:58:01
              Time Warner/Credit Management,   Attn Bankruptcy Dept,   PO Box 118288,
              Carrollton, TX 75011-8288
9998377     +E-mail/Text: Bankruptcy-Notifications@we-energies.com Aug 07 2019 02:56:24   We Energies,
              Attn Bankruptcy Dept. RM A130,   333 W Everett St,   Milwaukee WI 53203-2803
9748288     +EDI: WFFC.COM Aug 07 2019 06:18:00   Wells Fargo Bank,   Attn Bankruptcy Dept,
              3476 Stateview Blvd,   Fort Mill, SC 29715-7200
9781023      EDI: WFFC.COM Aug 07 2019 06:18:00   Wells Fargo Bank, N.A.,   Default Document Processing,
              N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
9748289     +EDI: WISCDEPREV.COM Aug 07 2019 06:18:00   Wisconsin Department of Revenue,
              Attn Special Procedures Unit,   PO Box 8901,   Madison, WI 53708-8901
                                                                                      TOTAL: 18


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:

    Alexander E. George   on behalf of Creditor   Mount Prospect Town Home Association (Boxwood) ageorge@kmksc.com

    Anthony J. Kryshak   on behalf of Debtor George L Moran, Jr. anthony@kryshaklawoffice.com

    Anthony J. Kryshak   on behalf of Joint Debtor Sabrina L Moran anthony@kryshaklawoffice.com

    Jay J. Pitner   on behalf of Creditor   JPMorgan Chase Bank, N. A. successor by merger to Bank One bknotices@gray-law.com;bknotice@gmail.com

    Jay J. Pitner   on behalf of Creditor   Wells Fargo Bank, N.A. bknotices@gray-law.com;bknotice@gmail.com

    John M. Scaffidi   jmstrustee@rsmlaw.com,   jscaffidi@ecf.axosfs.com

    Mary B. Grossman   on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com, mgwi_ecf@trustee13.com

    Office of the U. S. Trustee   ustpregion11.mi.ecf@usdoj.gov

                                             TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **George L Moran, Jr.** | Social Security number or ITIN | **xxx–xx–0081** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Sabrina L Moran** | Social Security number or ITIN | **xxx–xx–9903** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Wisconsin** | Date case filed in chapter **13** | **5/26/16** |
| Case number: | **16–25465–beh** | Date case converted to chapter **7** | **8/2/19** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**Debtors must attend this meeting**
**Meeting of Creditors: September 12, 2019 at 01:30 PM**
**Kenosha County Center, Room A, 19600 75th Street, Bristol, WI 53104**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | George L Moran, Jr. | | Sabrina L Moran |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 127 Katie Drive<br>Silver Lake, WI 53170 | | 127 Katie Drive<br>Silver Lake, WI 53170 |
| 4. | **Debtor's attorney**<br>Name and address | Anthony J. Kryshak<br>Kryshak Law Office, LLC<br>6127 Green Bay Rd. Ste. 101<br>Kenosha, WI 53142 | | Contact phone 262.764.2022<br>Email:  anthony@kryshaklawoffice.com |
| 5. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2019 at 01:30 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | Location:<br>**Kenosha County Center, Room A, 19600 75th Street, Bristol, WI 53104** |

**\*\*\* Valid photo identification and proof of social security number required \*\*\***

For more information, see page 2 >

| | | |
|---|---|---|
| **6.** | **Bankruptcy trustee** <br> Name and address | John M. Scaffidi <br> 4701 North Port Washington Road <br> P.O. Box 11975 <br> Milwaukee, WI 53211 | Contact phone 414–963–9303 |

| | | |
|---|---|---|
| **7.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Room 126, U.S. Courthouse <br> 517 East Wisconsin Avenue <br> Milwaukee, WI 53202–4581 | Office Hours: <u>Monday through Friday, 8:30 A.M. until 4:30 P.M., except legal holidays.</u> <br><br> Contact phone (414) 297–3291 <br><br> Date: 8/6/19 |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |

| | | |
|---|---|---|
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/12/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |